## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1. DONALD MILLS | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 11-cv-599-GKF-FHM |
| | ) |
| 1. BNSF RAILWAY, | ) |
| 2. BURLINGTON NORTHERN AND SANTA FE RAILWAY, | ) |
| 3. BURLINGTON NORTHERN SANTA FE CORPORATION, | ) |
| 4. BNSF RAILWAY COMPANY, | ) |
| 5. BURLINGTON NORTHERN SANTA FE, LLC, | ) |
| 6. BURLINGTON NORTHERN INC., | ) |
| 7. THE STAUBACH COMPANY, | ) |
| 8. HOLLOWAY-STAUBACH CORPORATION and | ) |
| 9. JONES LANG LaSALLE, | ) |
| | ) |
| Defendants. | ) |

### BNSF'S RESPONSE TO PLAINTIFF'S SECOND MOTION IN LIMINE

COMES NOW Defendant, BNSF Railway Company ("BNSF"), by and through its counsel of record, Gibbs, Armstrong, Borochoff, Mullican and Hart, P.C. and for its response to Plaintiff's Second Motion in Limine [Dkt No. 92] states as follows:

BNSF states that it confesses Plaintiff's Second Motion in Limine and will not be arguing, suggesting, or insinuating it somehow delegated or transferred its duty to maintain, safeguard or warn regarding the depot.

WHEREFORE, PREMISES CONSIDERED, BNSF Railway Company confesses Plaintiff's Second Motion in Limine.

Respectfully submitted,

/s/George R. Mullican
George M. Mullican, OBA #16701
Christopher D. Wolek, OBA #19612
Kevin Hoskins, OBA #17064
601 S. Boulder Ave., Suite 500
Tulsa, OK 74119
Telephone (918) 587-3939
Facsimile (918) 582-5504
**ATTORNEYS FOR DEFENDANT**
**BNSF RAILWAY COMPANY**

## CERTIFICATE OF SERVICE

I certify that on the 3rd day of May 2013, a true and correct copy of the foregoing was electronically transmitted to the Clerk of the Court of the Northern District of Oklahoma using the ECF system for filing to the following ECF registrants:

Rich Toon
John Bogatko
Toon Osmond, PLLC
1800 S. Baltimore Ave.
Tenth Floor, Suite 1000
Tulsa, OK 74119

Kate D. Thompson, OBA #20991
Stall, Stall & Thompson, PC
1800 S. Baltimore, Suite 900
Tulsa, OK 74119

**Attorneys for Plaintiff**

/s/George Mullican

2